UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA SABRINA CHIDESTER, | Case No. 8:25-cv-02681-VBF-KES |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| JENNIFER TROIA, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation ("R&R") of the United States Magistrate Judge (Dkt. 8). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 9) have been made

The objection to the R&R is OVERRULED.

The United States Magistrate Judge's R&R is ADOPTED.

Plaintiff's § 1983 claims are DISMISSED with prejudice.

The Court DECLINES to exercise supplemental jurisdiction over Plaintiff's remaining state-law claims. Those claims are DISMISSED without prejudice but

without leave to amend in this action.

Date:  March 12, 2026

_____

Honorable Valerie Baker Fairbank
Senior United Staes District Judge

2