JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CYNTHIA SABRINA CHIDESTER,

Plaintiff,

v.

JENNIFER TROIA, et al.,

Defendants.

Case No. 8:25-cv-02681-VBF-KES

**JUDGMENT**

IT IS ADJUDGED that Plaintiff's § 1983 claims are DISMISSED with prejudice and without leave to amend, and that Plaintiff's state-law claims are DISMISSED without prejudice but without leave to amend in this action.

IT IS SO ORDERED.

Date:  March 12, 2026

_Valerie Baker Fairbank_

_____

Honorable Valerie Baker Fairbank
Senior United Staes District Judge